UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL DONNELLY,

    Plaintiff,

v.                                                              Case No: 2:13-cv-405-FtM-38UAM

DFC GLOBAL CORP,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the Plaintiff, Michael Donnelly's Notice of Voluntary Dismissal (Doc. #16) filed on October 14, 2013. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Plaintiff informs the Court that he voluntarily dismisses the claim, however, an Answer (Doc. # 13) was filed in the case on July 12, 2013. After an

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

answer has been filed, a stipulation of dismissal signed by both parties must be filed with the Court rather than a notice of voluntary dismissal.  Therefore, the Notice to Voluntarily Dismiss the action is due to be stricken and the Plaintiff will be required to file a stipulation of dismissal signed by both parties or in the alternative file a Motion to Voluntarily Dismiss in compliance with Fed. R. Civ. P. 41(a)(2).

Accordingly, it is now

**ORDERED:**

The Plaintiff, Michael Donnelly's Notice of Voluntary Dismissal (Doc. #16) is **STRICKEN**.  The Clerk of the Court is directed to **STRIKE** and remove the Notice (Doc. # 16) from the docket sheet.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of October, 2013.

*SHERI POLSTER CHAPPELL*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record