UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL DONNELLY,

    Plaintiff,

v.                                      Case No:   2:13-cv-405-FtM-38UAM

DFC GLOBAL CORP,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Plaintiff Michel Donnelly and the Defendant, DFC Global Corp.'s Stipulation of Dismissal (Doc. #18) filed on October 17, 2013.  Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Plaintiff informs the Court that the Parties have stipulated to dismiss the action and the Plaintiff voluntarily dismisses the Complaint with prejudice. Therefore, the case is due to be dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff Michel Donnelly and the Defendant, DFC Global Corp.'s Stipulation of Dismissal (Doc. #18) is **GRANTED**.  The case is hereby **DISMISSED** with prejudice.  The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of October, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record